STATE OF CONNECTICUT *v.* PETER PEPE

The motion by the defendant for a review by this court of the action of the trial court in denying him bail on his appeal from the Superior Court in New Haven County is denied.

*Alan E. Silver,* in support of the motion.

Submitted March 3—decided March 18, 1970

STATE OF CONNECTICUT *v.* JOHN W. MALLETTE

The motion by the defendant to have this court dismiss the special public defender assigned as his counsel so that he may proceed pro se is dismissed.

*John W. Mallette,* pro se, on the motion.

Submitted March 6—decided March 18, 1970

MAE GENTILE ET AL. *v.* HOWARD S. IVES, HIGHWAY COMMISSIONER

The motion by the plaintiffs for a review by this court of the trial court's action denying them an extension of time to file their brief in the appeal from the Superior Court in Fairfield County is dismissed.

*Benson A. Snaider,* on the motion.